In the United States District Court for Western District of Pennsylvania

Edward C Kelley

        V

Commonwealth of Pennsylvania

Civil Action
103-398 Erie

Motion for Answer

Now the plaintiff is filing this motion for an answer so he can file an appeal with third circuit. The case is 03-398 Erie. If this case is not over in this court then I want a order saying not dismissed. If dismissed, want a order saying why. There is too be no constitutional, no errors, no questions at all.

        Respectfully submitted

    by Edward C Kelley ES4116
    1111 Altamont Blvd.
    Frackville PA 17931