IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD C. KELLEY,<br>    Plaintiff<br>  v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>et al.,<br>    Defendants. | C.A. No. 03-398 ERIE<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## ORDER

  AND NOW, this 31st day of August, 2005;

  IT IS HEREBY ORDERED that Plaintiff's "Motion for Answer" [Document # 47] is DENIED insofar as Plaintiff seeks the filing of an Answer to his Complaint, as no Answer is required to be filed under the federal rules when Defendants' motion to dismiss is granted. To the extent Plaintiff seeks an answer as to "why" his case was dismissed, the reasons for the dismissal are set forth in detail in this Court's Report and Recommendation, dated September 23, 2004.

  IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                S/Susan Paradise Baxter
                SUSAN PARADISE BAXTER
                Chief U.S. Magistrate Judge